CLEMENT JOHN WAGNER *v.* MARIE EDITH
WAGNER.

[No. 27, April Term, 1934.]

*Decided April 27th, 1934.*

The cause was argued before BOND, C. J., PATTISON,
URNER, ADKINS, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*Simon Silverberg,* with whom were *Silverberg & Silverberg* on the brief, for the appellant.

*J. Abner Sayler,* with whom was *J. Mayer Willen* on the brief, for the appellee.

The opinion was delivered *per Curiam.*